**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840**



Order Filed on December 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

ALFRED BOEVI LAWSON

Case No.:  18-27663SLM

Hearing Date:  12/12/2018

Judge:  STACEY L. MEISEL

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 14, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  18-27663SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/12/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must file a modified plan or convert case to Chapter 7 by 12/26/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.