ALFRED BOEVI LAWSON

CASE NO: 18-27663-SLM

JUDGE - STACEY L. MEISEL

CHAPTER - 13

. OR CONVER CASE TO CHAPTER 7 BY - 12-26-18.

I WANT MY CASE CONVERSE TO CHAPTER 7.

