| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>James J. Fitzpatrick, Esq.,/JF7028<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | |
| In Re:<br><br>Alfred Boevi Lawson | Case No.: 28-27663<br>Chapter: 13<br>Hearing Date:<br>Judge: Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Voluntary Conversion to Chapter 7 - - - Docket #26

Date: December 26, 2018

Signature

*rev.8/1/15*