Fitzgerald & Crouch, P.C.
James Fitzpatrick, Esq. (JF 7028)
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark

----------------------------------X

In Re:

Alfred Boevi Lawson                     Chapter 13

                                        Case No. 18-27663
        Debtor                          Hon. Stacey L. Meisel




----------------------------------X


I, Alfred Boevi Lawson, the above-named debtor do hereby certify that:

1. I am the above named debtor and I make this Certification in support of my request to withdraw document no. 26 from my bankruptcy docket.

2. On or about December 20, I received a copy of the Interim Order on Confirmation Hearing entered by the court on December 14, 2018.

3. The order provides, in part, that I must file a modified plan or convert my case to Chapter 7 by December 26, 2018 or my case will be dismissed.

4. Earlier today, I went to the courthouse and filed a handwritten letter with the clerk citing the fact that I wanted to convert my case to a Chapter 7 Bankruptcy rather than have my case dismissed.

5. At the time that I filed the document with the clerk, I did not discuss the matter with my attorney, nor did I

6. understand what the term "conversion" meant.
6. I am not a pro set litigant. I have been represented by counsel throughout my bankruptcy and did not understand that I should have consulted with them before appearing in court today.
7. I now understand from my counsel that I should not have filed this paper as it was not in my best interest to do so.
8. Accordingly, I am respectfully requesting that this document be withdrawn.

I certify under penalty of perjury that the foregoing information is true and accurate to the best of my information and belief.

Dated:    December 26, 2018

_____
Alfred Boevi Lawson
Debtor